UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SOLANGE CHADDA,

                Plaintiff,

     -against-                                             14 -cv-8906 (LAK)

GULFSTREAM PARK CORP., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        On July 29, 2015, Magistrate Judge Kevin Nathaniel Fox recommended that defendants' motion to dismiss the *pro se* plaintiff's second amended complaint – which alleges among other things that the defendants "committed 'rape as slavery,' conspired against her, harassed her sexually 'in the workplace,' violated the Hobbs Act and Title VII of the Civil Rights Act of 1964, and committed 'Rapes, sex abuse, sex slavery estortion [sic], racketerism [sic] and killing, murdering three horses and two Human beings'"[1] – be dismissed. Plaintiff's time within which to object to the report and recommendation (the "R&R") expired on October 30, 2015. No timely objections have been filed.

        The motion of defendants other than Pena to dismiss the second amended complaint [DI 24] is granted.

        There is no evidence that defendant Pena has been served notwithstanding the expiration of more than 90 days since the commencement of the action. Accordingly, plaintiff is hereby notified that the action may be dismissed without prejudice as to that defendant absent the filing, on or before November 18, 2015, of proof of due service on defendant Pena or a showing of good cause for failure to make timely service.

        The Clerk shall serve a copy of this order on plaintiff by mail.

        SO ORDERED.

Dated:     November 4, 2015

                                                                     Lewis A. Kaplan
                                                       United States District Judge

---

[1] Report and recommendation at 1 (quoting second amended complaint).